# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

EmeraChem Holdings, LLC    v.    Volkswagen Group of America

No. 16-1984

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:    EmeraChem Holdings, LLC
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Michael J. Bradford |
| Law Firm: | Luedeka Neey Group, P.C. |
| Address: | P. O. Box 1871 |
| City, State and Zip: | Knoxville, TN 37901 |
| Telephone: | 865-546-4305 |
| Fax #: | 865-523-4478 |
| E-mail address: | MBradford@Luedeka.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):    May 22, 2006

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):    ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date May 17, 2016    Signature of pro se or counsel _____

cc:    Steven F. Meyer, Counsel for Appellee

Reset Fields

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of May 2016 a copy of the foregoing was filed using the CM/ECF system with the Clerk's Office of the United States Court of Appeals for the Federal Circuit and served electronically via e-mail on the following counsel for Appellee:

Steven F. Meyer – *smeyer@lockelord.com*
Seth J. Atlas – *satlas@lockelord.com*
John F. Sweeney – *jsweeney@lockelord.com*
Joseph A. Farco – *jfarco@lockelord.com*

/Michael J. Bradford/
Michael J. Bradford (Reg. No. 52,646)
LUEDEKA NEELY GROUP, P.C.
900 S. Gay Street, Suite 1504
P. O. Box 1871
Knoxville, TN 37901-1871
Tel: (865) 546-4305
Fax: (865) 523-4478
mbradford@luedeka.com

ATTORNEYS FOR PATENT OWNER
EMERACHEM HOLDINGS, LLC