FORM 8. Entry of Appearance

Form 8
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

EmeraChem Holdings LLC    v.    Volkswagen Group of America

No. 16-1984

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for:    EmeraChem Holdings, LLC
                                   Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☒ Appellant     ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

| | |
|---|---|
| Name: | Jacobus C. Rasser |
| Law Firm: | Marras Amsterdam BV |
| Address: | Beethovenstraat 105 B |
| City, State and Zip: | Amsterdam 1077HX The Netherlands |
| Telephone: | 011 316 5245 2741 |
| Fax #: | |
| E-mail address: | koosrasser@gmail.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):    09/25/1991

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):    ☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date    May 17, 2016    Signature of pro se or counsel    *Jacobus C. Rasser*

cc:    Steven F. Meyer, counsel for Appellee

Reset Fields

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of May 2016 a copy of the foregoing was filed using the CM/ECF system with the Clerk's Office of the United States Court of Appeals for the Federal Circuit and served electronically via e-mail on the following counsel for Appellee:

Steven F. Meyer – *smeyer@lockelord.com*
Seth J. Atlas – *satlas@lockelord.com*
John F. Sweeney – *jsweeney@lockelord.com*
Joseph A. Farco – *jfarco@lockelord.com*

/Michael J. Bradford/
Michael J. Bradford (Reg. No. 52,646)
LUEDEKA NEELY GROUP, P.C.
900 S. Gay Street, Suite 1504
P. O. Box 1871
Knoxville, TN 37901-1871
Tel: (865) 546-4305
Fax: (865) 523-4478
mbradford@luedeka.com

ATTORNEYS FOR PATENT OWNER
EMERACHEM HOLDINGS, LLC