NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMERACHEM HOLDINGS, LLC,**
*Appellant*

v.

**VOLKSWAGEN GROUP OF AMERICA, INC.,**
*Appellee*

---

2016-1984

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01558.

---

**ON MOTION**

---

**O R D E R**

EmeraChem Holdings, LLC moves unopposed for a seven-day extension of time, until August 11, 2016, to file its opening brief, and an extension of time, until October 20, 2016, for Volkswagen Group of America, Inc. to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2           EMERACHEM HOLDINGS, LLC v. VOLKSWAGEN GROUP OF AMERICA

The motion is granted.

                                                FOR THE COURT

                                                /s/ Peter R. Marksteiner
                                                Peter R. Marksteiner
                                                Clerk of Court

s25