# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2016-1984

## EMERACHEM HOLDINGS, LLC

v.

## VOLKSWAGEN GROUP OF AMERICA, INC.

### DIRECTOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING THE DIRECTOR'S BRIEF

The Director of the United States Patent and Trademark Office is an Intervenor in this appeal. The Director, pursuant to Fed. Cir. R. 26, requests that the time for filing the Director's brief, now due on October 24, 2016, be extended fourteen (14) days until November 7, 2016. This is the first extension of time requested by the Director.

Counsel for the Director requests this extension due to the workload in the Solicitor's Office, in addition to the long-planned international travel of the primary attorney assigned to this case. Counsel for Appellant, Michael J. Bradford, has stated that Appellant does not oppose this motion. Counsel for Appellee, Steven F. Meyer, has stated that Appellee does not oppose this motion.

September 21, 2016　　　　　　　　Respectfully submitted,

/s/ Frances M. Lynch
Nathan K. Kelley
Solicitor

Frances M. Lynch
Associate Solicitor

Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, Virginia  22313
(571) 272-9035

*Attorneys for the Director of the
United States Patent and Trademark Office*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2016, the foregoing DIRECTOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING THE DIRECTOR'S BRIEF was electronically filed using the Court's CM/ECF filing system. Counsel of record was electronically served via e-mail through the electronic filing system per Fed. Cir. R. 25(e).

/s/ Frances M. Lynch
Frances M. Lynch
Associate Solicitor
U.S. Patent and Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, VA 22313
(571) 272-9035